```
PAUL M. WARNER, United States Attorney (#3389)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
```

FILED
31 MAY 02 AM 10:46
DIST... OF UTAH
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>CHRISTOPHER JAMES LEE BAILEY<br><br>           Defendant. | 2:02CR-00204-001-G<br><br>UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS |

The United States, by and through the undersigned Assistant United States Attorney, pursuant to Rule 32-1(b) of the Criminal Rules of Practice of the United States District Court for the District of Utah, states that, after reviewing the Presentence Report prepared by the U. S. Probation Office, no sentencing factors as described in that report are disputed by the United States.

   DATED this 30 day of May, 2002.

                                    PAUL M. WARNER
                                    United States Attorney

                                    _____
                                    MARK K. VINCENT
                                    Assistant United States Attorney



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS was mailed, postage prepaid to all parties named below, this 31st day of May, 2002.

>    Wendy Lewis
>    Utah Federal Defender Office
>    46 West Broadway, Suite 110
>    Salt Lake City, Utah 84101
>
>    Valli M. Kelly
>    U. S. Probation Officer
>    350 South Main Street
>    Salt Lake City, Utah 84101

*Judith W. Drew*