STEVEN B. KILLPACK, Federal Defender (#1808)
WENDY M. LEWIS, Assistant Federal Defender (#5993)
Utah Federal Defender Office
46 West 300 South, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010

FILED
'02 JUN 02 AM 11: 50
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | POSITION OF DEFENDANT WITH RESPECT TO SENTENCING |
| -vs- | : | FACTORS |
| CHRISTOPHER BAILEY, | : | Case No.    2:02CR-204G |
| Defendant. | : | |

The Defendant, Christopher Bailey, by and through counsel of record, Wendy M. Lewis, pursuant to Rule 32.1 of the Criminal Rules of Practice of the United States District Court for the District of Utah, states that, after reviewing the Pre-sentence Report prepared by the United States Probation Office, no sentencing factors as described in this report are disputed by the Defendant.

Dated this 6th day of June, 2002.

WENDY M. LEWIS
Assistant Federal Defender

11

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing was mailed postage prepaid/delivered to all parties named below on this ___ day of May, 2002, to:

Mark K. Vincent
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, UT 84101

Valli M. Kelley
U.S. Probation Officer
160 U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101