UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

FILED
U.S. DISTRICT COURT
2016 JUN -9  P 1: 44
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

Name of Offender: **Christopher James Bailey**  Docket Number: **2:02-CR-00204-001**

Name of Sentencing Judicial Officer:   **Honorable Dale A. Kimball**
                                       **Senior U.S. District Judge**

Date of Original Sentence: **July 1, 2002**

Original Offense: **Armed Bank Robbery/ Possession, Use, Carry or Brandish a Firearm During the Commission of a Crime of Violence**

Original Sentence: **141 Months Imprisonment/ 60 Months Supervised Release**

Date of Violation Sentence: **August 19, 2014**

Violation Sentence: **12 Months and 1 Day Imprisonment/ 36 Months Supervised Release**

Type of Supervision: **Supervised Release**   Current Supervision Began: **April 3, 2015**

---

### SUPERVISION SUMMARY

On March 19, 2016, the defendant was subject to a traffic stop for a moving violation while operating a vehicle with his wife as a passenger. An odor of alcohol was detected and the defendant subsequently submitted to a breath test which revealed a blood alcohol content over the legal limit of .08 BAC. The defendant was booked and released the same evening. He immediately made contact with this officer and related that he and his wife had been out to dinner to celebrate their anniversary. During the evening he acknowledged consuming several alcoholic beverages but did not believe at the time that he would exceed the legal limit. However, he fully acknowledged after the fact that he was guilty of driving under the influence of alcohol given the result of the breath test and stated his intent to accept responsibility and comply with any consequences.

In the interim, the defendant was charged in South Salt Lake Justice Court (Case No. 165501259) with driving under the influence (DUI). On May 23, 2016, he pleaded guilty to a reduced charge of driving while impaired. He was sentenced to 12 months court probation, two days community service in lieu of jail, a $1,460 fine, a 16 hour alcohol course, and completion of a DUI victim panel.

Absent this particular incident, the defendant has proven compliant with the conditions of supervision thus far. He accepted full responsibility for the matter and does not have any prior alcohol related driving violations. The defendant remains gainfully employed and is the (joint) financial support for his live-in girlfriend and her six children.

It is recommended that no action be taken at this time and the defendant be allowed to continue on supervision. He is cognizant that he must fulfill the conditions of his supervised release as well as those imposed as a result of the above-described violation conduct.

PROB 12A
D/UT 06/15

Christopher James Bailey
2:02—CR-00204-001

If the Court desires more information or another course of action, please contact me at (801) 535-2726.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
by Tony Maxwell
U.S. Probation Officer
Date: June 7, 2016

---

**THE COURT:**

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

*[signature]*
Honorable Dale A. Kimball
Senior United States District Judge

Date: 6-8-16