UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
PROBATION AND PRETRIAL SERVICES OFFICE

FILED
U.S. DISTRICT COURT
2016 DEC -1  P 1:48
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## Memorandum

**DATE:** November 29, 2016

**TO:** Honorable Dale A. Kimball, Senior U.S. District Court Judge

**FROM:** Tony Maxwell, U.S. Probation Officer

**SUBJECT:** COURT'S AUTHORIZATION TO RELEASE PRESENTENCE REPORT

I am requesting that the Court allow for the release of the presentence report relative to the following:

Docket No. 2:02-CR-00204-001 / CHRISTOPHER JAMES BAILEY

If approval is granted, the presentence report will be provided to the Salt Lake County District Attorney's Office and the assigned counsel prosecuting Mr. Bailey for murder and other related charges.

APPROVED _____         _December 1, 2016_
           Honorable Dale A. Kimball                  Date

DENIED  _____         _____
           Honorable Dale A. Kimball,                 Date